NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Chris Carson, Esq., SBN 280048
Center for Disability Access
9845 Erma Road, Suite 300, San Diego, CA 92131
PO Box 262490, San Diego, CA 92196-2490
Phone: (858) 375-7385
Fax: (888) 422-5191

ATTORNEY(S) FOR: JOSE MADRIZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSE MADRIZ

Plaintiff(s),

v.

Pramote Sookprasert; Panawadee Sookprasert; Vichai Jarusrojvuthikul; and Does 1-10

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____JOSE MADRIZ_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jose Madriz | Plaintiff |
| Pramote Sookprasert | Defendant and Property Owner |
| Panawadee Sookprasert | Defendant and Property Owner |
| Vichai Jarusrojvuthikul | Defendant and Business Owner |

01/29/2019
Date

_[signature]_
Signature

Attorney of record for (or name of party appearing in pro per):

JOSE MADRIZ